1 | The Law Office of Jeffrey L. Goss
Jeffrey L. Goss (SBN 178597)
2 | 1025 Granville Avenue, #6
Los Angeles, California 90049
3 | Telephone: (310) 444-9646
Facsimile: (866) 855-4294

Attorneys for Defendant
**MARGEN INDUSTRIES, LLC,**
**ERRONEOUSLY SUED AS**
**TAFFORD UNIFORMS, LLC**

UNITED STATES DISTRICT COUT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FUMATEX, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**TAFFORD UNIFORMS, LLC, ET AL.**<br><br>Defendants. | Case No. 2:13-cv-02508-SVW-PLA<br><br>**ORDER ON STIPULATION OF PARTIES FOR ENTRY OF JUDGMENT AGAINST MARGEN INDUSTRIES, LLC, ERRONEOUSLY SUED AS TAFFORD UNIFORMS, LLC**<br><br>JS-6<br><br>Judge: The Hon. Stephen V. Wilson<br>Courtroom: 6 |

## ORDER RE ENTRY OF JUDGMENT

Plaintiff Fumatex, Inc., ("Plaintiff") and Defendants MarGen Industries, LLC (erroneously sued as Tafford Uniforms, LLC), Gene S. Godick and Marc Kohn ("Defendants") (Plaintiff and Defendants are referred to collectively hereinafter as "Parties") were previously involved in litigation in a state court action entitled, *Fumatex, Inc. v. Tafford Uniforms, LLC*, Los Angeles Superior Court Case No. VC061532 ("State Court Action") since in or about August 20012. The State Court Action was removed on or about April 9, 2013, and the instant action was initiated as Fumatex, Inc. v. Tafford Uniforms, LLC, United States District Court for the Central District of California, Case No. 2:13-cv-02508-SVW-PLA.

This Court granted Defendant's Motion to Dismiss (Federal Rule of Civil Procedure 12(b)(6)) on June 10, 2013, granting Plaintiff leave to amend. Plaintiff chose not to amend its complaint, thus leaving Defendant MarGen Industries, LLC (erroneously sued as Tafford Uniforms, LLC) as the sole defendant as to (1) Plaintiff's First Cause of Action for Breach of Contract, (2) Plaintiff's Third Cause of Action for Goods Sold and Delivered, (3) Plaintiff's Fourth Cause of Action for Open Book Account, and (4) Plaintiff's Fifth Cause of Action for Account Stated ("Contract Causes of Action).

On July 8, 2013, the Parties appeared at a previously scheduled Trial Setting Conference before the Honorable Stephen V. Wilson, and informed the Court that Defendant had agreed to stipulate to a judgment on the Contract Causes of Action. The Court ordered the Parties to prepare and file a Stipulation for Judgment on the Contract Causes of Action as to Defendant MarGen Industries, LLC (erroneously sued as Tafford Uniforms, LLC).

The Parties entered into the concurrently filed Stipulation of Parties for Entry of Judgment Against MarGen Industries, LLC, erroneously sued as Tafford Uniforms, LC, whereby they stipulate and agree that Judgment in the amount of $177,605.47, inclusive of costs, be entered in favor of Plaintiff Fumatex, Inc., and

1  against Defendant MarGen Industries, LLC (erroneously sued as Tafford Uniforms,
2  LLC. (Dkt. 18).
3     The Court, having found good cause appearing and pursuant to the parties'
4  stipulation, hereby orders that Judgment in the amount of $177,605.47, inclusive of
5  costs, be entered in favor of Plaintiff Fumatex, Inc., and against Defendant MarGen
6  Industries, LLC, erroneously sued as Tafford Uniforms, LLC.
7     IT IS SO ORDERED.

Date: July 22, 2013.  _____
　　　　　　　　　　　　　　The Hon. Stephen V. Wilson
　　　　　　　　　　　　　　United States District Court Judge